[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 141.]

THE STATE EX REL. SOWERS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Sowers v. Indus. Comm*., 1998-Ohio-314.]

*Workers' compensation—Denial of wage-loss compensation by Industrial Commission—Judgment of court of appeals denying writ of mandamus affirmed on authority of State ex rel. Justus.*

(No. 96-2159—Submitted October 28, 1998—Decided December 9, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD08-997.

————————————

{¶ 1} Appellant-claimant, Ronald R. Sowers, was employed as a fire fighter for the city of Circleville. In 1990, he alleged that he had contracted an occupational disease in the course of his employment. Appellee, Industrial Commission of Ohio, allowed a workers' compensation claim for "chronic obstructive pulmonary disease."

{¶ 2} In 1992, claimant successfully moved for change-of-occupation benefits pursuant to R.C. 4123.57(E). On February 1, 1994, claimant obtained employment with Clearcreek Township as a deputy clerk. Claimant earned less at his clerk's job than he had as a fire fighter.

{¶ 3} In 1995, claimant applied for wage-loss compensation pursuant to R.C. 4123.56(B). A staff hearing officer denied claimant's application, citing R.C. 4123.68(W).

{¶ 4} Claimant filed a complaint in mandamus in the Court of Appeals for Franklin County, alleging that the commission abused its discretion in denying wage-loss compensation. The court of appeals disagreed and denied the writ.

{¶ 5} This cause is now before this court upon an appeal as of right.

————————————

*Dean G. Reinhard Co., L.P.A.*, and *Charles Zamora*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Gerald H. Waterman*, Assistant Attorney General, for appellee.

*Stewart Jaffy & Associates, Stewart R. Jaffy* and *Marc J. Jaffy*, urging reversal for *amici curiae*, Ohio Association of Professional Fire Fighters and Ohio Academy of Trial Lawyers.

—————————

***Per Curiam.***

{¶ 6} On authority of *State ex rel. Justus v. Indus. Comm.* (1998), 83 Ohio St.3d 364, 700 N.E.2d 1, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

—————————